UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Lawrence Simmons, | File No. 21-cv-695 (ECT/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Clerk of Appellate Courts and Dakota County District Court, | |
| Defendants. | |

Magistrate Judge Katherine M. Menendez issued a Report and Recommendation on March 22, 2021. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 10, 2021  s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court